UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-377-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DAVID ROGER MONTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion to reduce sentence (Doc. No. 35).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

Max O. Cogburn Jr
United States District Judge

1